**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VICTOR REVENCU,**

        **Petitioner,**

**v.**                             **Case No. 4:18cv374-MW/CAS**

**JEFFERSON B. SESSIONS,
et al.,**

        **Respondents.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the

parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Petitioner's § 2241 habeas petition, ECF No. 1, is

**DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

    **SO ORDERED on September 18, 2018.**

                                **s/ MARK E. WALKER
                                Chief United States District Judge**

---

[1] Petitioner has failed to keep this Clerk advised of his correct address as evidenced by returned mail. ECF Nos. 11 and 12.